# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135852

THOMAS F. O'REILLY,
        Plaintiff-Appellant,

v

ANGELO IAFRATE CONSTRUCTION
COMPANY,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135852
COA: 280866
WCAC: 05-000189

On order of the Court, the application for leave to appeal the December 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

t0519